McGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and MARTHA RODRIGUEZ, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>PETER V. WOLFE and CAROL M. WOLFE<br><br>Respondents. | 2:08-mc-00088-JAM-EFB |
| PETER V. WOLFE and CAROL M. WOLFE,<br><br>Petitioners,<br><br>v.<br><br>LISA GARCIA, Revenue Officer, Internal Revenue Service, DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, et al.,<br><br>Respondents. | 2:08-mc-00117-JAM-EFB<br><br>**AMENDED ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS** |

1    The United States and Revenue Officer Martha Rodriguez hereby petition for
2 enforcement of an I.R.S. summons.  The matter was placed before United States
3 Magistrate Judge Edmund F. Brennan under 28 U.S.C. § 636 *et seq.* and Local Rule 73-
4 302.  On July 23, 2008, Judge Brennan issued an Order to Show Cause, ordering the
5 respondents, Peter V. Wolfe and Carol M. Wolfe, to show cause why the I.R.S. summons
6 issued to them on March 26, 2008, should not be enforced.  The Petition, Points and
7 Authorities, and Order to Show Cause were served upon the respondents.  Respondents,
8 Peter V. Wolfe and Carol M. Wolfe, filed numerous responsive documents, but failed to
9 rebut the prima facie Powell requirements required under paragraph on page 3 of the
10 Order to Show Cause.
11    Judge Brennan presided at the show-cause hearing on September 25, 2008, at
12 which respondents appeared.  On October 1, 2008, the respondents, Peter V. Wolfe and
13 Carol M. Wolfe, filed a "petition" (2:08-mc-00117 JAM EFB).  This case was
14 consolidated with this action and dismissed for lack of subject matter jurisdiction on
15 October 2, 2008, by Judge Brennan's Findings and Recommendations.  Those Findings
16 and Recommendations also found that the requirements for summons enforcement had
17 been satisfied and recommending that the summons be enforced in case number 2:18-mc-
18 00088-JEM-EFB.  Objections to the Magistrate Judge's findings and recommendations
19 were filed by the respondents, Peter V. Wolfe and Carol M. Wolfe, on October 10, 2008,
20 but again failed to present any evidence which rebut the Powell requirements.
21    I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and
22 Local Rule 72-304.  I am satisfied that the Magistrate Judge's findings and
23 recommendations are supported by the record and by proper analysis, and that the
24 requested and unopposed summons enforcement should be granted.  Accordingly, it is
25 hereby ORDERED as follows:
26    1. The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons
27 Enforcement, filed October 2, 2008, are ADOPTED IN FULL.
28 ///

2. The I.R.S. summons issued to respondents, Peter V. Wolfe and Carol M. Wolfe, is ENFORCED.

3. Respondents, Peter V. Wolfe and Carol M. Wolfe, are ORDERED to appear at the I.R.S. offices at 4643 Quail Lakes Drive, Stockton, California, 95207, before Revenue Officer Martha Rodriguez or her designated representative, within 21 days of the issuance of this order, or at an alternate time and date to be set by Revenue Officer Rodriguez, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

4. Miscellaneous case 08-0117 JAM EFB, is hereby DISMISSED for lack of subject matter jurisdiction.

It is SO ORDERED.

DATED: October 27, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE